UNITED STATES of America, Appellee,

v.

McHenley ANDREWS, a/k/a McHinley Andrews, a/k/a McKinley Andrews, Appellant.

UNITED STATES of America, Appellee,

v.

Lawrence Leonard MALRY, Appellant.

Nos. 11076, 11144.

United States Court of Appeals Fourth Circuit.

Argued May 29, 1967.

Decided June 21, 1967.

John W. Maddy, Hampton, Va. (Court-appointed counsel), for appellant in No. 11,076.

W. Leigh Ansell, Norfolk, Va. (Court-appointed counsel), for appellant in No. 11,144.

Roger T. Williams, Asst. U. S. Atty. (C. V. Spratley, Jr., U. S. Atty., on brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and CRAVEN, Circuit Judges.

PER CURIAM.

We find no error in the conviction of these appellants of bank robbery.

Affirmed.

William Edward ROSE, Appellant,

v.

UNITED STATES of America, Appellee.

No. 21559.

United States Court of Appeals Ninth Circuit.

June 23, 1967.

Donald H. Freeman, National City, Cal., for appellant.

Edwin L. Miller, U. S. Atty., Phillip W. Johnson, Asst. U. S. Atty., San Diego, Cal., for appellee.

Before BARNES and ELY, Circuit Judges, and HAUK, District Judge.

PER CURIAM:

The judgment of the district court is reversed upon the authority of Weissman v. United States, 373 F.2d 799 (9th Cir. 1967), and for the reasons therein disclosed. Upon remand, the indictment is to be dismissed.